IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02685-RPM-KMT

OLIVIA JONES,

    Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, L.P.,

    Defendant.

_____

ORDER DISMISSING CASE WITH PREJUDICE
_____

Pursuant to the Notice of Dismissal with Prejudice, filed December 17, 2009 [6], it is

ORDERED that this civil action is dismissed with prejudice with each party to pay her or its own attorney's fees and costs.

DATED: December 18th, 2009

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge